No. 10217. STATE OF MONTANA ex rel. HERBERT EDGAR SIAS, Petitioner, v. DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT, MISSOULA COUNTY, and FLOYD E. POWELL, Warden, Montana State Prison, Respondents.

Decided January 6, 1961.

358 P.2d 78.

MR. CHIEF JUSTICE HARRISON:

Original proceeding. Petition for writ of habeas corpus. The writ is denied and the proceeding dismissed.

MR. JUSTICES ADAIR and CASTLES concur.

No. 10215. Petition of JOHN J. TOMICH.

Decided January 10, 1961.

358 P.2d 78.

MR. CHIEF JUSTICE HARRISON:

Original proceeding. Petition for writ of certiorari brought pro se by John J. Tomich, an inmate of the Montana State Prison.

It appearing that this application is without merit, the writ is denied and the proceeding is dismissed.

MR. JUSTICES ANGSTMAN, CASTLES and JOHN C. HARRISON concur.